UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. PAPENHAUSEN,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF CALIFORNIA CORRECTIONAL CENTER,<br><br>    Respondent. | No.  2:14-cv-1904 JAM CKD P<br><br><br>ORDER |

Petitioner commenced this federal habeas action on August 13, 2014, challenging his 2012 conviction and sentence for drug offenses.  On August 22, 2014, the court directed respondent to file a response to the petition within sixty days.  Two motions are before the court.

I. Petitioner's Motion

On October 2, 2014, petitioner filed a motion for extension of time to file an amended petition.  As there is no filing deadline to be extended, the court construes this as a motion to amend.

With regard to habeas petitions, district courts have "the discretion to decide whether [a] motion to amend should be granted."  Woods v. Carey, 525 F.3d 886, 890 (9th Cir. 2008).  Here, it is not clear why petitioner seeks to amend or what new claims he seeks to bring in an amended petition.  As he has not attached a proposed amended petition, the court is unable to determine whether it complies with procedural requirements, such as exhaustion of state remedies, and

1

whether the proposed new claims are cognizable on federal habeas review. Accordingly the court will deny petitioner's motion without prejudice to renewal. If petitioner files another motion to amend, he should submit a proposed amended petition on court's form for actions pursuant to 28 U.S.C. § 2254.

Petitioner also seeks an administrative stay under <u>Rhines v. Weber</u>, 544 U.S. 269, 277 (2005) while he exhausts state remedies as to one or more claims. Under the <u>Rhines</u> procedure, the petitioner may proceed on a "mixed petition," i.e., one containing both exhausted and unexhausted claims, and his unexhausted claims remain pending in federal court while he returns to state court to exhaust them. See <u>Jackson v. Roe</u>, 425 F.3d 654, 660 (9th Cir. 2005). To obtain a <u>Rhines</u> stay of a mixed petition pending exhaustion of the unexhausted claims, the petitioner must show that (1) the unexhausted claims are potentially meritorious; and (2) petitioner had good cause for his earlier failure to exhaust state remedies. 544 U.S. 269. Here, petitioner has not met either element of the <u>Rhines</u> test, or indeed made clear what claim(s) he seeks to exhaust in the state courts.

II. <u>Respondent's Motion</u>

Respondent seeks an extension of time to file a response to the original petition. (ECF No. 11.) Good cause appearing, this request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's October 2, 2014 motion, construed as a motion to amend (ECF No. 8), is denied without prejudice to renewal; and

2. Respondent's motion for extension of time (ECF No. 11) is granted. Respondent shall file a responsive pleading on or before November 20, 2014.

Dated: October 27, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/pape1904.111

2