UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. PAPENHAUSEN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF CALIFORNIA CORRECTIONAL CENTER,<br><br>Respondent. | No. 2:14-cv-1904 JAM CKD P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus. Before the court is petitioner's motion for production. (ECF No. 27.) He seeks an order directing respondent to provide copies of petitioner's trial records to the court and to petitioner. (Id.)

On August 22, 2014, the court ordered respondent to file, along with the response to the petition, "all transcripts and other documents relevant to the issues presented in this petition." (ECF No. 3.) On November 6, 2014, respondent filed both an answer to the petition and a "Notice of Lodging Documents in Paper," stating that relevant trial and appellate records were being lodged with the court. (ECF No. 15.) At this time, the court has no reason to believe that respondent's lodging does not include all records necessary to resolve the merits of the petition.

////

1

1 | Respondent is not required to provide copies of these materials to petitioner. Rather, the
2 | Clerk's Office will provide copies of filed documents at $0.50 per page.
3 | Accordingly, petitioner's motion for production (ECF No. 27) is denied.
4 | Dated: June 15, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / pape1904.120